APPENDIX OF FORMS TO FEDERAL
RULES OF APPELLATE PROCEDURE

FORM 1.
NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

United States District Court for the Western District of Wisconsin

---

A. B., Travanti D. Schmidt
        Plaintiff(s),

    v.

C.D., Stg. Reynolds
        Defendant(s)

File Number 3:13-CV-810

Notice of Appeal

---

Notice is hereby given that (here name all parties taking the appeal) (plaintiffs) (defendants) in the above named case, * hereby appeal to the United States Court of Appeals for the ___7th___ Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 22 day of December , 2014

(s)_____
Attorney for _____
Address:_____

* See Rule 3(c) for permissible ways of identifying appellants.

The following was Dismissed with prejudice for Not Stating a claim.

Dated: 1-28-15

x Travanti D. Schmidt

Travanti D. Schmidt # 387115
(WSPF) P.O. Box 9900
Boscobel, Wis 53805